UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ULYSSE DAIGLE, JR. | CIVIL ACTION |
| VERSUS | NO. 08-2972 |
| SUPERIOR WELL SERVICES, INC., ET AL | SECTION "C" (4) |

ORDER AND REASONS

IT IS ORDERED that the motion of Stringer's Oilfield Services, Inc. for summary judgment is DENIED. Rec. Doc. 124. In its second motion for summary judgment, Stringer's argues that it owed no legal duty to the plaintiff and that it did not breach any legal duty owed to the plaintiff. *Id.* at 1. In supplemental memorandum, Stringer's characterizes the issue raised in this second motion for summary judgment as whether it owed a legal duty, "readily admits that it had the general duty to perform all of its work in a workmanlike manner" and acknowledges that it had some duty "with reference to securing the silo," the extent of which it challenges. Rec. Doc. 150-2 at 2. Stringer's also "readily admits that there is foreseeable potential injury to those standing around a silo when a silo collapses." *Id.* The Court agrees that Stringer's owed a duty to act reasonably under the circumstances and to perform its work "in a workmanlike manner" when installing and/or reinstalling the silo. Whether or not Stringer's

1

methods and/or its decision to use less than 50% of the manufacturer's recommended number of tie-downs was reasonable under the circumstances is for the jury to decide, as is the determination whether any breach of that duty was a legal cause of damages.

New Orleans, Louisiana, this 19th day of July, 2011.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE