UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ULYSSE DAIGLE, JR.                                    CIVIL ACTION

VERSUS                                                NO. 08-2972

SUPERIOR WELL SERVICES, INC., ET AL                   SECTION "C" (4)

ORDER AND REASONS

This matter comes before the Court to strike the future medical care cost analysis of vocational rehabilitation expert Elizabeth Martina and the future life care needs analysis of expert economist John Theriot filed by Stringer's Oilfield Services, Inc. ("Stringer's"). Having considered the record, the memoranda of counsel and the law, the Court denies the motion for the following reasons.

On March 3, 2011, the Court granted the plaintiff's unopposed motion to continue trial. Rec. Doc. 115. The motion stated that the continuance was needed because of medical uncertainty regarding the degree of plaintiff's disability, his deteriorating medical condition and ongoing medical treatment. The plaintiff asked for a trial continuance "to allow the medical evidence to develop so Daigle's disability and future medical needs can be determined with reasonable certainty." Rec. Doc. 114 at 2. No order limiting discovery in any way was asked for or provided at any time.

Nothing in Stringer's motion diminishes the underlying reason and necessity for

the continuance. The fact that counsel tried to limit the scope of anticipated expert reports in an email with opposing counsel does not govern the scope of the Court's orders. In addition, had Stringer's opposed the motion to continue based on the argument it now makes in its motion, the Court would have rejected the limitations it now seeks and granted the plaintiffs' motion for continuance. Motions to continue trial are not entirely dependent on the opposition or lack thereof from opposing counsel, but rather on the Court's discretion. Finally, the Court rejects any suggestion that Stringer's has been prejudiced in any way. Stringer's admits that it agreed to the hiring of economist and vocational rehabilitation experts. The nature of the plaintiff's medical condition should have alerted defense counsel to the possibility and nature of the expert reports now being challenged.

    IT IS ORDERED that the motion to strike filed by Stringer's Oilfield Services, Inc. is DENIED. Rec. Doc. 160.

    New Orleans, Louisiana, this 6th day of September, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE